UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated, | § § § § | |
| *Plaintiff*, | § § | No. 2:16-cv-00426-DSC |
| v. | § § | |
| CWS APARTMENT HOMES, LLC, | § § | |
| *Defendant*. | § | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID A. WALTON**

David A. Walton, undersigned counsel for Defendant, CWS Apartment Homes, LLC ("CWS"), hereby moves that David A. Walton be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for CWS in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of David A. Walton filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: May 25, 2016.

Respectfully submitted,

/s/ David A. Walton
David A. Walton (TX Bar No. 24042120)
Beirne, Maynard & Parsons, LLP
1700 Pacific Avenue, Suite 4400
Dallas, TX 75201
Tel. (214) 237-4300
Fax (214) 237-4340
Email dwalton@bmpllp.com
*Counsel for Defendant,*
*CWS Apartment Homes, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *MOTION FOR ADMISSION PRO HAC VICE OF DAVID A. WALTON* was sent to the following attorneys of record by CM/ECF on May 25, 2016.

Clayton S. Morrow
csm@consumerlaw365.com
MORROW & ARTIM, P.C.

Edward A. Broderick
ted@broderick-law.com
BRODERICK & PARONICH, P.C.

Matthew P. McCue
mmccue@massattorneys.net
LAW OFFICE OF MATTHEW P. MCCUE

ATTORNEYS FOR PLAINTIFF

/s/ David A. Walton
David A. Walton (TX Bar No. 24042120)