# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

Stewart Abramson § 
§ CIVIL NO:
vs. § AU:16-CV-01215-SS
§
CWS Apartment Homes, LLC §

## ORDER SETTING FINAL APPROVAL HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **FINAL APPROVAL HEARING** in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Friday, May 19, 2017 at 02:00 PM**.

IT IS SO ORDERED this 18th day of January, 2017.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE